# United States District Court
## For The Western District of North Carolina

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>KATHY PHYLLIS SAWYER | **FILED**<br>ASHEVILLE, N. C.<br><br>FEB - 9 2006<br><br>U.S. DISTRICT COURT<br>W. DIST. OF N. C. | JUDGMENT IN A CRIMINAL CASE<br>(Petty / Misdemeanor Offenses)<br><br>Case Number: 2:04mj03<br><br>USM Number:<br>Fredilyn Sison<br>Defendant's Attorney |

**THE DEFENDANT:** SEE ATTACHED JUDGMENT FILED MARCH 25, 2004

**IMPOSITION OF SENTENCE:** FEBRUARY 08, 2006 - RECALLED - for probation revocation hearing. The Court after hearing the evidence, revokes the probationary judgment and enters the following: That the defendant is imprisoned for NINE (9) MONTHS with credit for time served.

The Court recommends to the Bureau of Prisons that the defendant serve said sentence in a facility where she will be able to receive drug assessment and treatment.

The balance of the fine and restitution still outstanding.

Defendant's Soc. Sec. No.:

Defendant's Mailing Address:

Date of Imposition of Sentence: February 08, 2006

_____
Signature of Judicial Officer

Date: Feby 9, 2006

**RETURN**

I have executed this Judgment as follows: _____

_____

_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal